**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ORKHAN GULIYEV,<br><br>    Plaintiff,<br><br> v.<br><br>DAVID SANDBERG, W. CARL DREW, DANIEL GILL, PATRICK GOEPEL, CHARLES LATHROP, JR., BRADFORD OBERWAGER, BJORN REYNOLDS, and ASURE SOFTWARE, INC.,<br><br>    Defendants. | C.A. No 20-cv-607-MN |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and subject to the approval of the Court, plaintiff Orkhan Guliyev and defendants David Sandberg, W. Carl Drew, Daniel Gill, Patrick Goepel, Charles Lathrop, Jr., Bradford Oberwager, Bjorn Reynolds, and Asure Software, Inc. ("Asure"), by their undersigned attorneys, stipulate and agree as follows:

WHEREAS, on May 4, 2020, Plaintiff initiated this action by filing a complaint and a motion for a preliminary injunction concerning allegedly false and misleading statements in Asure's proxy statement (the "Proxy") filed with the U.S. Securities and Exchange Commission (the "SEC") on April 27, 2020;

WHEREAS, on May 5, 2020, Asure filed a Supplement to the Proxy (the "Supplement");

WHEREAS, the parties agree that the Supplement addresses and moots the allegations in the complaint and basis for the motion for a preliminary injunction:

– 2 –

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1. Subject to the other provisions of this stipulation, Plaintiff voluntarily dismisses this action with prejudice;

2. Notwithstanding the voluntary dismissal provided for in paragraph 1 of this stipulation, Plaintiff and his counsel expressly reserve the right to apply for an award of attorneys' fees and expenses in the manner provided for in Rule 54(d)(2) of the Federal Rules of Civil Procedure.

3. Subject to the Court's approval, Defendants agree that any application by Plaintiff or his counsel under Rule 54(d)(2)(B)(i) may be served on or before the date that is 21 days after entry of dismissal.

4. Defendants' opposition papers shall be due 28 days following the filing of Plaintiff's fee application;

5. Plaintiff's reply papers shall be due 14 following the filing of Defendants' opposition papers;

Dated: May 18, 2020

**FARNAN LLP**

 /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(T) 302.777.0300
(F) 302.777.0301
*Attorneys for Plaintiff*

– 3 –

**OLSHAN FROME WOLOSKY LLP**

By: */s/ Thomas J. Fleming*
    Thomas J. Fleming (admitted S.D.N.Y.)
    1325 Avenue of the Americas
    New York, New York 10019
    (212) 451-2300
    *Attorneys for Defendants*

SO ORDERED this 19th day of May 2020:

_____
The Honorable Maryellen Noreika
United States District Judge